ORDERED.

Dated:  **March 25, 2016**



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

PRINCESS CACERES,  Case No. 6:16-bk-01284-ABB
Chapter 13

      Debtor.
_____/

**ORDER DISMISSING CASE WITH ONE (1) YEAR INJUNCTION AND
PROSPECTIVE RELIEF AGAINST DEBTOR'S REAL PROPERTY**

This matter came before the Court *sua sponte* to dismiss the Debtor's case, prohibit the Debtor from further filing with the Court for a period of one year, and provide prospective relief as to the Debtor's real property located at 4106 Foxtail Court, Kissimmee, FL 34746 (the "Property").

The Debtor filed the instant case on February 29, 2016 (Doc. No. 1).  This is the Debtor's third filed in a one year period. All previously filed chapter 13 cases were dismissed for failure to file requisite information:

        6:15-bk-03915-ABB Filed 05/04/15, Dismissed 05/22/15; and
        6:15-bk-09321-ABB Filed 11/02/15, Dismissed 11/17/15.
        .

Section 1307(c) of the Bankruptcy Code provides that a court may dismiss a chapter 13 case "for cause." The number of times a debtor seeks protection under the bankruptcy laws may implicate a debtor's bad faith in filing a chapter 13 petition and constitute "cause" for dismissal. *In re Farber*, 355 B.R. 362, 367 (Bankr. S.D. Fla. 2006) (citing *In re Kitchens,* 702 F.2d 885, 886 (11th Cir.1983)). The Debtor's multiple bankruptcy filings, coupled with involuntary dismissals, is cause to dismiss this case with prejudice. *See In re Gros,* 173 B.R. 774, 777 (Bankr. M.D. Fla.1994).

Accordingly it is,

**ORDERED, ADJUDGED and DECREED** that the Debtor's case is hereby **DISMISSED** with prejudice; and it is further

**ORDERED, ADJUDGED and DECREED** that the Debtor is enjoined from further filing with the Court for one (1) year from the date of this Order; and it is further

**ORDERED, ADJUDGED and DECREED** that the automatic stay as provided under 11 U.S.C. § 362 shall not apply to the real property located at 4106 Foxtail Court, Kissimmee, FL 34746 (the "Property") to the extent that the above Debtor or any other party with an interest in the Property files any Bankruptcy Case in any Bankruptcy Court during the injunction period stated above.

The Clerk is directed to serve a copy of this Order on all interested parties.